859 A.2d 450

IN THE MATTER OF RICHARD W. RAINES, AN ATTORNEY
AT LAW (ATTORNEY NO. 005091977).

October 20, 2004.

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 04–203, concluding that **RICHARD W. RAINES** of **NEWARK,** who was admitted to the bar of this State in 1977, and who has been suspended from the practice of law since September 9, 2002, pursuant to Orders of this Court, should be suspended from the practice of law for a period of three months for violating *RPC* 8.1(b)(failure to cooperate with disciplinary authorities) and *RPC* 8.4(d)(conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **RICHARD W. RAINES** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective immediately; and it is further

ORDERED that respondent continue to comply with the Orders of the Court filed on November 5, 1997, February 1, 1999, December 8, 2002, July 3, 2002, September 9, 2002, and June 5, 2003; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files

proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.